UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      No.    1:00-CR-174

       vs.                             Hon.   Paul L. Maloney
                                                    Chief United States District Judge

HUGO TREJO,
a/k/a HUGO TREJO-CERVANTES,

       Defendant.
_____/

## ORDER FOR DISMISSAL

    The United States having filed a Motion to Dismiss the Indictment for illegal reentry into the United States by a convicted felon against HUGO TREJO,

    Leave of court is granted for the dismissal of the Indictment.


Dated: May 28, 2010          /s/ Paul L. Maloney
                                      HON. PAUL L. MALONEY
                                      Chief United States District Judge
                                      Western District of Michigan